UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION, | ) ) | No. 13-17304 |
| | ) | D.C. No. 5:12-cv-03237-EJD |
| Plaintiff-Appellee, | ) ) | |
| | ) | ORDER AMENDING |
| v. | ) | MEMORANDUM DISPOSITION |
| | ) | |
| MARK FEATHERS, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |
| U.S. SECURITIES & EXCHANGE COMMISSION, | ) ) | Nos.   14-15466 |
| | ) |      14-15894 |
| | ) |      15-16018 |
| Plaintiff-Appellee, | ) |      15-17200 |
| | ) |      17-15923 |
| v. | ) | |
| | ) | D.C. No. 5:12-cv-03237-EJD |
| MARK FEATHERS, | ) | |
| | ) | |
| Defendant-Appellant, | ) | |
| | ) | |
| | ) | |
| THOMAS A. SEAMAN, | ) | |
| | ) | |
| Receiver-Appellee. | ) | |
| | ) | |
| U.S. SECURITIES & EXCHANGE COMMISSION, | ) ) | No.    14-15831 |
| | ) | D.C. No. 5:12-cv-03237-EJD |
| Plaintiff-Appellee, | ) | |
| | ) | |



|  |  |  |
|---|---|---|
| v. | ) | |
| | ) | |
| NATALIE FEATHERS, | ) | |
| | ) | |
| Real-party-in-interest-<br>Appellant, | ) | |
| | ) | |
| | ) | |
| THOMAS A. SEAMAN, | ) | |
| | ) | |
| Receiver-Appellee. | ) | |
| | ) | |
| MARK FEATHERS, | ) | No.   15-70102 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. SECURITIES & EXCHANGE<br>COMMISSION, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |

Before: D.W. NELSON, FERNANDEZ and BEA, Circuit Judges.

The time for filing any petition for rehearing or rehearing en banc expired June 28, 2019, and no party filed a petition.  However, on May 14, 2019, the United States Securities and Exchange Commission ("SEC") notified us that an error was made regarding the allocation of costs.  No party has responded indicating otherwise.  We agree with the SEC.  Thus, the memorandum disposition filed May 14, 2019, is amended as follows:

The ultimate paragraph of the disposition is amended to read:

Costs are to be taxed against Appellant Mark Feathers in Nos. 14-15466, 14-15894, 15-16018, 15-17200, 17-15923; costs are to be taxed against Appellant Natalie Feathers in No. 14-15831. The parties shall bear their own costs in Nos. 13-17304 and 15-70102.

No further suggestions for amendments or changes to the disposition will be entertained.